ORIGINAL

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA

CIVIL ACTION NO. _____
(To be supplied by the Court)

FILED

AUG 14 2014

U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

WILLIAM HOLLY #946422
Plaintiff's Full name

v.

WARDEN. K. BUTTS    1:14-cv-1 3 3 7 SEB -MJD

ASSISTANT WARDEN. FRENCH

MAJOR R. DAVIS

UNKNOWN CAPTAIN

LIEUTENANT. SEXTON

SERGEANT. WHITEHEAD

SERGEANT. HOBBS
Defendant(s).

## CIVIL RIGHTS COMPLAINT

### I. Parties A. Plaintiffs Information:

Name and Prisoner Number of Plaintiff: William Holly #946422  MHS-503

Present Place of Confinement or Mailing Address: N.C.C.F. P.O.Box A, NEW CASTLE, INDIANA 47362

**B. Defendant's Information:** *(NOTE: To provide information about more defendants than there is room for here, use this format on another sheet of paper.)*

1

#32

## ADDITIONAL DEFENDANT(S):

UNIT MANAGER T. RANDELL — PSYCHOLOGY DEPARTMENT

INTERNAL AFFAIRS SUPERVISOR UPCHURCH

RUTH E. REEVES, PSYCHOLOGY DEPARTMENT

DOCTOR DWENGER, PSYCHOLOGY DEPARTMENT

DOCTOR WADLEIGH, PSYCHOLOGY DEPARTMENT

RONALD WILSON, THERAPIST, PSYCHOLOGY DEPARTMENT

OFFICER MORGAN

INDIANA ATTORNEY GENERAL'S OFFICE

HEALTH CARE Administrator T. PROFFIT.

DOCTOR LOVERIDGE, MEDICAL

HEAD NURSE BOLT, MEDICAL

COMMISSIONER BRUCE LEMMON, INDIANA DEPARTMENT OF CORRECTION

THE GEO GROUP, INC.

THE INDIANA DEPARTMENT OF CORRECTION.

Dr. Burdine, PSYCHIATRIST, PSYCHOLOGY DEPARTMENT.

ASSISTANT WARDEN SCOTT FITCH. (CUSTODY)

Ms. Price, CASE MANAGER.

## III. Basis for Claims

Check any Applicable Item(s):

_X_    Complaint Under the Civil Rights Act, **42 U.S.C. § 1983**(state, county, or municipal defendants)

___    Complaint under *Bivens v. Six Unknown Federal Narcotics Agents,* **403 U.S. 388 (1971)** (federal defendants)

_X_    Other (cite statute, if known) R.I.C.O/18U.SC·24Y/18U.S.C·242/42U.S.C·1985

## IV. Claims

BRIEFLY state the background of your case:

GEO GROUP, INC; NEW CASTLE CORRECTIONAL FACILITY, INDIANA DEPARTMENT, ALONG WITH THEIR STAFF, HAS COME TOGETHER LIKE AN ORGANIZE CRIME FAMILY TO SYSTEMATICALLY VIOLATE MY RIGHT'S UNDER THE UNITED STATE'S AND INDIANA CIVIL RIGHT'S (ACT) ALSO THE UNITED STATE'S AND INDIANA CONS-TITUTION(S).

**Claim I:** (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

WARDEN K. BUTTS, in HIS OFFICIAL AND INDIVIDUAL CAPACITY, FAILED TO SUPERVISE HIS OFFICER'S NOT TO REFER TO THE PLAINTIFF AS "NAPPY HEADED COON, OR NIGGER". AND OTHER STAFF MEMBER'S NOT TO VIOLATE THE PLAINTIFF'S RIGHT'S, by TAKING HIS PROPERTY WITHOUT A CONDUCT REPORT, OR AUTHORITY TO do SO NOVEMBER 2013 UNTIL NOW.

**Claim II:** ASSISTANT WARDEN FRENCH, in HER OFFICIAL AND INDIVIDUAL CAPACITY, FAIL TO PROTECT THE PLAINTIFF FROM ▮▮▮▮ PHYSICAL ABUSE by CORRECTIONAL STAFF, WHO HANDCUFFED THE PLAINTIFF PINCHED HIS SKIN TO THE POINT HIS WRIST BLEED

③

AND RECEIVED NO MEDICAL ATTENTION. SHE KNEW, OR SHOULD HAVE KNOWN, THE PHYSICAL ABUSE HER CORRECTIONAL STAFF FORCED ON THE PLAINTIFF, BY THE NUMEROUS REQUEST SENT TO HER OFFICE BY THE PLAINTIFF, WHICH SHE IGNORED. NOVEMBER 2013 UNTIL NOW-

ClaimIII: PLAINTIFF REPORTED THE "NAPPY HEADED COON & NIGGER REMARKS", BY STAFF, TO MAJOR DAVIS, HE REFUSED TO INVESTIGATE THE INCIDENT, OR REPORT IT TO THE INTERNAL AFFAIRS DEPARTMENT. HE COVERED UP THE INCIDENT TO PROTECT CORRECTIONAL STAFF, AND VIOLATE THE PLAINTIFF'S RIGHT'S IN THE PROCESS. JULY, 2014. "SEE ATTACHED CLAIM'S."

## V. Previous Lawsuits and Administrative Relief

1. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment?        ☐Yes   ✓No
If your answer is "Yes," describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits using this same format on a blank sheet which you should label "IV. Previous Lawsuits and Administrative Relief.)

a.      Parties to previous lawsuit:

Plaintiffs):   N/A

Defendant(s):   N/A

_____

_____

_____

b. Name and location of court and docket number:   N/A

c.  Disposition of lawsuit.  (For example, was the case dismissed?  Was it appealed?  Is it still pending?)     N/A

④

d. Issues raised: ___N/A_____

_____

_____

e. Approximate date of filing lawsuit: ___N/A_____

f. Approximate date of disposition: _____N/A_____

2. I have previously exhausted available administrative remedies regarding the events or acts complained of in Part III of this complaint. ☑ Yes ☐ No

If your answer is "Yes," briefly describe how relief was sought and the result: GRIEVANCE'S NEVER ANSWERED OR IGNORED ("NO FORMAL GRIEVANCE GIVEN"), OR IGNORED, OR LOST. LETTERS TO STAFF, OR REQUEST, IGNORED OR NOT ANSWERED. EVERY ISSUES RAISED IN THIS PETITION WAS BROUGHT TO STAFF'S ATTENTION THROUGH THE GRIEVANCE PROCESS, LETTERS OR REQUEST, NO RELIEF GRANTED. Mr. PRICE, GRIEVANCE COUNSELOR/CASE MANAGER.

## VI. Previously Dismissed Actions or Appeals

1. If you are proceeding under 28 U.S.C. §1915, please list each civil action or appeal you have brought in any court of the United States while you were incarcerated or detained in any facility, that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. Please describe each civil action or appeal. If there is more than one civil action or appeal, describe the additional civil actions or appeals using this same format on a blank sheet which you should label "V. Previously Dismissed Actions or Appeals."

a. Parties to previous lawsuit:

Plaintiff(s): INDIANA DEPARTMENT OF CORRECTION LOSS ALL MY PROPERTY IN 2009 OR 2010, I HAVE NO IDEA.
Defendant(s): UNKNOWN.

CLAIM (4):

UNKNOWN CAPTAIN? IF THIS PERSON EXIST, HE OR SHE, HAS NEVER MADE HE/SHE KNOWN TO THE PLAINTIFF, AND THE PLAINTIFF HAS SENT NUMEROUS REQUEST TO THE UNKNOWN CAPTAIN, COMPLAINING ABOUT THE FREEZING TEMPERATURE OF CELL 503. THE AIRCONDITIONING UNIT IN CELL 503 WHERE THE PLAINTIFF IS HOUSED, HAS TO BE SET AT AROUND 60 DEGREE'S OR LOWER". THIS REQUIRE'S THE PLAINTIFF TO WEAR A THERMAL TOP AND SWEAT PANTS, WOOL CAP, ALONG WITH SOCK'S TO BED. THE PLAINTIFF HAS A SICKLE CELL PROBLEM, ALONG WITH OTHER MEDICAL PROBLEM'S, WHICH HE TAKE'S ELEVEN (11) PILL'S PER DAY FOR. THE PLAINTIFF CAN'T AFFORD TO BE KEPT COLD. THE COLD NESS OF THIS CELL AMOUNT'S TO CRUEL AND UNUSUAL PUNISHMENT. THIS MATTER HAS BEEN REPORTED TO WARDEN K. BUTTS, ASST. WARDEN FRENCH, MAJOR R. DAVIS, LIEUTENANT SEXTON, SERGEANT'S WHITEHEAD N HOBBS, ALL HAVE DONE NOTHING TO CORRECT THIS PROBLEM, ALONG WITH UNIT MANAGER T. RANDALL. ONE COULD HOUSE A dead body IN THIS FREEZING CELL FOR A WEEK AND IT WOULD KEEP WITHOUT decomposing. JUNE, 2014.

CLAIM (5):

UNIT MANAGER T. RANDALL, RUTH E. REEVES, PSYCHOLOGY DEPARTMENT, DOCTOR DWENGER N DOCTOR WADLEIGH, PSYCH-OLOGY DEPARTMENT, UNKNOWN PSYCHOLOGY STAFF HOUSED IN INDIANAPOLIS, INDIANA, INSTRUCT THE BEHAVIORAL STAFF TO TEACH A PROGRAM CALLED  O.B.T. TO THE

Plaintiff Five (5) days per week, sometimes four (4) times per day, "that he can never Religiously obtain". There are no book's to study from, handcuffed during every group, no pencil and paper to take note's. No way to retain the knowledge Taught. The Psychology staff, it appear's, to be ware housing prisoner's to pad their book for future Funding, and Rush the Plaintiff Through a program that will never help him control his suicidal problem's. How does the Plaintiff know this to be correct? The Plaintiff majored in Psychology, his degree's are documented in his prison file, the Plaintiff demand the defendant's to produce them to the court to prove his Reasoning. This form of so called treatment amount's to cruel and unusual punishment, and violate my protected constitutional right's under state and federal law. The Psychology staff want a paycheck to cover a program that no prisoner Housed at this mental Health facility "will never retain". The program can never be taught "in the manner it's being produced in today. It violate's all prisoner's right's housed here, especially the Plaintiffs. November 2013 until now.

Claim (6):
Officer Morgan confiscated "legal document's" out of my cell, never gave me, the Plaintiff, a confiscation form, as required under Indiana

(7)

DEPARTMENT OF CORRECTIONS POLICY. THE DOCUMENTATION IS EVIDENCE IN HOLLY V. SUPERINTENDENT, CASE NO. 3:13-CV-00546-PPS, U.S. DISTRICT COURT, NORTHERN DISTRICT OF INDIANA, SOUTH BEND DIVISION. TRAVERSE DUE SEPTEMBER 19, 2014. THE DOCUMENTATION WAS GIVEN TO MR. MCCHURCH, INTERNAL AFFAIRS SUPERVISOR, HERE AT THE NEW CASTLE CORRECTIONAL FACILITY. HE, MR. MCCHURCH, WON'T RESPOND TO ANY "LETTERS" OR REQUEST I SEND HIM, REQUESTING MY EVIDENCE BACK. I'M BEING DENIED DUE PROCESS BY MR. MCCHURCH, IN COMPLIANCE WITH THE INDIANA ATTORNEY GENERAL'S OFFICE. IT APPEARS THEY ARE CONSPIRING LIKE AN ORGANIZE CRIME FAMILY TO COME TOGETHER AND VIOLATE MY RIGHTS UNDER THE LAW. FEBRUARY, OR ABOUT, 2014.

Claim ⑦:

RONALD WILSON, THERAPIST, REPRESENTS, (OR SUPPOSE TO,) PRESENT MY CONCERNS BEFORE THE UNIT TEAM FOR ME TO PROGRESS IN THIS D.B.T. PROGRAM. YET, WHEN I'M DENIED "PROGRESS," IT ALWAYS OPPS, SOMEBODY BESIDE'S HIM MADE THE MISTAKE. IT'S ALWAYS SOMEBODY ELSE'S FAULT, NEVER HIS. I WAS TOLD THIS PAST WEEK, I WAS DENIED MY PHASE MOVE UP, BECAUSE UNIT MANAGER RANDALL TOLD HIM I HAVE A ③⓪ DAY TELEVISION RESTRICTION. WHERE DID I GET IT FROM, WHO GAVE IT TO ME? HOW CAN I EVER APPEAL

A SANCTION THAT doesn't EXIST? IF THE DISCIPLINARY HEARING BOARD gave IT TO ME, IT HAS TO BE IN WRITING SO I CAN ADDRESS IT THROUGH THE APPEAL PROCESS. I HAVE NO documentation TELLING ME About SOME MYSTERY SANCTION. THIS MAN LIES TO deceive ME, and deny ME due PROCESS under INDIANA DEPARTMENT of CORRECTION Policy, STATE AND FEDERAL LAW. FEBRUARY, 2014.

Claim ⑧:

HEALTH CARE Administrator T. PROFFIT, DOCTOR LOVERIDGE, AND HEAD NURSE BOLT, ALL HAVE been TOLD IN WRITING About THE NURSING CORE's Passing out MEDICATION WITH-OUT GLOVES ON. HAVE THEY JUST blown THEIR NOSE, used THE TOILET, AND FORGOT TO WASH THOSE NASTY HANDS? WHO Knows? NO MEDICAL SUPERVISOR's HAVE SET PROTOCOL TO CORRECT GROSS CONTAMINATION IN THE Passing out OF Medication's. THE PLAINTIFF IS being EXPOSED TO EVERYKIND OF CONTAMINATION Known TO MAN AND WOMAN. THIS IS A VIOLATION OF MY RIGHT NOT TO be MADE SUBJECT TO CRUEL AND UNUSUAL PUNISHMENT. NOVEMBER 2013 UNTIL NOW.

Claim ⑨:

UNIT MANAGER T. RANDEL implemented a Policy TO HAVE THE CELL LIGHT's TURNED ON AT 7:AM UNTIL 5:PM, daily. YET, ON CERTAIN SHIFT's, THE LIGHT's COME ON AT 5:30 AM, AND REMAIN ON PASS 5:PM. CONTINUOUS LIGHTING FOR THIS LENGTH OF TIME AMOUNT's TO CRUEL

⑨

AND UNUSUAL PUNISHMENT. THE INDIANA DEPARTMENT OF CORRECTION CONCEED THIS POINT, WHEN CONFRONTED BY PRISONER'S AT THE MAXIMUM CONTROL UNIT AT WEST-VILLE CORRECTIONAL FACILITY. THE LIGHT'S HAD TO BE TURNED OFF BECAUSE THEY AMOUNTED TO CRUEL AND UNUSUAL PUNISHMENT. THE LIGHT'S BEING KEPT ON DAILY FOR A PERIOD OF TEN (10) HOUR'S ON MENTALLY CHALLENGED PRISONER'S, CREATE'S STRESS AND PSYCHOLOGICAL DISORDER, NOT RELIEVE IT. ALSO, THERE'S A NIGHT LIGHT ON IN EVERY PRISONER'S CELL, "ESPECIALLY MINE", THAT'S ON 24 HOUR'S A DAY, AND LUMINOSITY TO SEE EVERYTHING IN THE CELL DURING THE DAY LIGHT HOUR'S. AGAIN, THIS AMOUNT'S TO CRUEL AND UNUSUAL PUNISHMENT IN VIOLATION OF INDIANA AND THE U.S. CONSTITUTION. 2014.

Claim (10)

THE INDIANA DEPARTMENT OF CORRECTION, THE GEO GROUP, COMMISSIONER BRUCE ▉▉▉ LEMMON, ALL KNEW, OR SHOULD HAVE KNOWN ABOUT THESE VIOLATIONS, AND DONE NOTHING TO CORRECT THEM. ALONG WITH THE OTHER DEFENDANT'S NAMED IN THIS 42 U.S.C. 1983, AND CONSPIRED TOGETHER AND SEPERATELY TO VIOLATE MY RIGHT'S UNDER THE R.I.C.O. STATUTE, ALSO 18 U.S.C. 241 AND 18 U.S.C. 242. NOVEMBER 2013 UNTIL NOW.

(10)

CLAIM (11):

Dr. Burdine, Psychology Department, is the Psychiatrist, "believed to be over all Psychology Staff." Her responsibilities is to supervise those who work under her direction. Yet, she knows, or should have known, the abuse's of the staff who work under her direction to correct them. Supervisory Responsibility falls directly on her shoulders, and by her not correcting the abuse setforth by the Psychology Department, she "Personally" is responsible for the violation's of the plaintiff's Indiana and United State's Constitutional Rights's being violated. November, 2013 until now.

CLAIM (12):

Assistant Warden Scott Fitch is Responsible for the Custody Staff of the Mentle Health Facility. He did not supervise Officer Morgan in the Proper Protocol to confiscate my legal documentation. He has supervisory Responsibility and responsible for the staff's actions beneath him. The Plaintiff's property was taken, and confiscated in violation of Department of Correction Policy, Indiana and U.S. Constitution's. November 2013 until now.

Claim (13): "Grievance Counselor – Also."

Ms. Price, Case Manager? There is no access to this person unless it's to her benefit. She accept's a check for her weekly service's, yet does little or nothing to assist me to correct the Plaintiff's constitutional violation's he receive's at the hands of staff.

(11)                    November, 2013 until now

## CLAIM (14):

THE PLAINTIFF TAKES CLOSE TO, OR AROUND ELEVEN (11) PILL'S PER DAY, GIVEN BY THE MEDICAL DEPARTMENT OF THIS INSTITUTION. THREE (3) ARE LAXATIVE'S, THAT CAUSE THE PLAINTIFF TO USE THE TOILET THREE (3) TO FIVE (5) TIME'S PER DAY. THIS UNIT ONLY ISSUE'S ONE (1) ROLL OF TOILET PAPER PER WEEK TO THE PLAINTIFF, WHICH ISN'T ENOUGH TO COMBAT THE BOWEL MOVEMENT'S. THE PLAINTIFF FILED AN INFORMAL GRIEVANCE TO BE ISSUED ANOTHER ROLL OF TOILET PAPER PER WEEK, AND Ms PRICE GRANTED THE GRIEVANCE. LIEUTENANT SEXTON ▬▬▬▬ TOLD THE DUTY OFFICER'S TO GIVE ME ONE (1) ROLL, AND WHEN I RAN OUT, THAT I WAS TO ASK FOR ANOTHER, AND IT WOULD BE GIVEN TO ME. MOST THURSDAY'S I RECEIVE MY ONE (1) ROLL, WHICH USUALLY RUN'S OUT AROUND MONDAY. I'VE ASKED FOR A ROLL OF TOILET PAPER ON MONDAY AROUND 12:PM, AND DIDN'T RECEIVE IT UNTIL AFTER 8:PM THAT NIGHT, "WHICH RESULTED IN THE PLAINTIFF BEING FORCED TO USE PURCHASED COMMISSARY SOCK'S TO WIPE AND CLEAN HIMSELF." THIS IS CRUEL AND UNUSUAL PUNISHMENT, IN VIOLATION OF INDIANA AND THE U.S. CONSTITUTION'S. Ms. PRICE WON'T INFORCE THE GRIEVANCE SHE APPROVED, AND AS SOON AS LIEUTENANT SEXTON LEAVE'S THE UNIT, ▬ HIS OFFICER'S RESULT TO RUNNING DUMMIES. FEBRUARY, 2014 UNTIL NOW.

(12)

## CLAIM (15):

THE PLAINTIFF, WHILE CONFINED IN THE "SAFE ROOM" ON THE FOURTH (4) FLOOR OF THIS MENTAL HEALTH FACILITY, WITNESSED UNIT MANAGER T. RANDALL SET UP A TABLE SUPPLIED WITH FOOD FOR A FEAST, OR A PARTY, ON COMPANY TIME. SHE, AND OTHER CORRECTIONAL STAFF SEEM TO BE HAVING A PARTY ON COMPANY TIME, WHILE STILL ON DUTY, AND RECEIVING A PAY CHECK. WHO AUTHORIZED MENTAL HEALTH STAFF TO FEAST, OR PARTY, ON A UNIT HOUSING MENTALLY CHALLENGED PATIENT'S? Ms. RANDALL IS SUPPOSE TO BE MANAGING THIS MENTAL HEALTH FACILITY "NOT boogeying DOWN AS IF ON SOUL TRAIN."

████████ DOES WARDEN BUTTS KNOW ABOUT THIS FEAST OR PARTY? I THINK NOT! Ms. RANDALL VIOLATED MY RIGHT NOT TO BE MADE SUBJECT TO CRUEL AND UN-USUAL PUNISHMENT, by LETTING HER HAIR down TO FEAST OR PARTY, WHILE ON DUTY AS UNIT MANAGER. SHE NOT ONLY VIOLATED INDIANA DEPARTMENT OF CORRECTION RULE'S AND POLICIES, but INDIANA AND U.S. CONSTITUTIONS AS WELL. THE GEO GROUP SHOULD FIRE HER SO SHE CAN FEAST AND PARTY AT HOME WITH HER FAMILY, AND HIRE SOMEONE TO PROTECT MY RIGHT'S UNDER THE LAW, AS UNIT MANAGER. UNIT MANAGER RANDALL VIOLATED MY RIGHT'S UNDER THE LAW.



b.  Name and location of court and docket number: UNKNOWN

_____

c.  Grounds for dismissal: UNKNOWN.

( ) frivolous   ( ) malicious   ( ) failure to state a claim upon which relief may be granted.

d.  Approximate date of filing lawsuit: UNKNOWN,

e.  Approximate date of disposition: UNKNOWN.

## VII. Request for Relief

I request the following relief:

ALL claims WITHIN THIS COMPLAINT SETTLED OR CORRECTED, COMPEN
SATORY DAMAGES OF $100.000 FROM EACH DEFENDANT, PUNITIVE
DAMAGES OF $100.000 FROM EACH DEFENDANT. EACH DEFENDANT IS
BEING SUED IN HIS OR HER INDIVIDUAL AND OFFICIAL CAPACITY,
UNDER R.I.C.O. STATUTE, 18 U.S.C. 241, 18 U.S.C. 242, 42
U.S.C. 1985.

_____

Signature of attorney (if any)

Date:  8-8-14

William Holly
Plaintiff's Signature
D.O.C. # 946422   MHS-503
New Castle Correctional Facility
Post Office Box A
New Castle, Indiana 47362

#32